# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135738

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 135738
                               COA: 272354
                               Barry CC: 06-000048-FC

CHARLES ANDREW HEACOCK,
      Defendant-Appellant.
_____/

     On order of the Court, the application for leave to appeal the December 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008                                    _____
                                                   Clerk

p0604